# CASE ANNOUNCEMENTS

*December 6, 2007*

[Cite as *12/06/2007 Case Announcements*, 2007-Ohio-6479.]

## RECONSIDERATION OF PRIOR DECISIONS

2007–1776. **Cincinnati Community Kollel v. Levin.**
Board of Tax Appeals, No. 2004–K–1441 and 2004–K–1442. Reported at 116 Ohio St.3d 1407, 2007-Ohio-6173, 876 N.E.2d 965. On motion for reconsideration. Motion denied.

## DISCIPLINARY CASES

2007–1329. **In re Schram.**
It is ordered by this court, sua sponte, that Deborah C. Schram, Attorney Registration No. 0025554, last known business address in Dayton, Ohio, is found in contempt for failure to comply with this court's orders of August 30, 2007, and November 8, 2007, to wit: failure to file an affidavit of compliance on or before November 19, 2007.

2007–1581. **Cleveland Bar Assn. v. Mitchell.**
Board of Commissioners on Grievances and Discipline, No. 06–007. This cause is pending before the court upon the filing of a report by the Board of Commissioners on Grievances and Discipline. Upon consideration of respondent's motion for continuance of oral argument and motion to seal respondent's motion for continuance of oral argument,
    It is ordered by the court that the motions are denied.

## MISCELLANEOUS DISMISSALS

2007–1630. **Wolanin v. Holmes.**
Cuyahoga App. No. 88454, 2007-Ohio-3410. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,
    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*December 7, 2007*

[Cite as *12/07/2007 Case Announcements*, 2007-Ohio-6496.]

## MISCELLANEOUS DISMISSALS

2007–1705. **State ex rel. Sauder Woodworking Co. v. Indus. Comm.**
Franklin App. No. 05AP–24, 2007-Ohio-3993. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.